United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILLAH DUNN, individually and on behalf of all others similarly situated<br>Plaintiff,<br>v.<br>ROBINHOOD MARKETS, INC.<br>Defendant. | Case No. 26-cv-04291-TLT<br>**CASE MANAGEMENT AND SCHEDULING ORDER**<br>Re: Dkt. No. 24 |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10,

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED**:

| | |
|---|---|
| 1. TRIAL DATE: | January 22, 2029 – January 25, 2029<br>No. of Days: 4 days<br>Courtroom 9, 19th Floor<br>Jury Trial |
| 2. FINAL PRETRIAL CONFERENCE: | December 7, 2028, 3:00 p.m. [in person]<br>**LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND**<br>Joint Pretrial Statement (including objections, motions in limine and jury instructions): October 19, 2028 |
| 3. DISPOSITIVE/DAUBERT MOTIONS: | Last day to be heard:<br>August 15, 2028, 2:00 p.m. [in person]<br>Last day to file joint motion to seal:<br>August 3, 2028<br>Last day to *file* dispositive motions:<br>June 30, 2028<br>See Civil Local Rules for notice and filing requirements. |
| 4. EXPERT DISCOVERY CUT-OFF: | June 23, 2028 |
| 5. EXPERT REPORTS: | Rebuttal reports by May 30, 2028<br>Opening reports by May 02, 2028 |
| 6. FACT DISCOVERY CUT-OFF: | April 04, 2028 |

| | |
|---|---|
| 7. LAST DAY TO HEAR MOTION FOR CLASS CERTIFICATION: | March 07, 2028, 2:00 p.m. [in person]<br>Last day to file joint motion to seal: February 22, 2028<br>Reply due: February 4, 2028<br>Opposition due: January 14, 2028<br>Motion due: December 3, 2027 |
| 8. LAST DAY TO AMEND PLEADING: | September 3, 2027 |
| 9. FURTHER STATUS CONFERENCE: | June 24, 2027, 2:00 p.m.<br>February 11, 2027, 2:00 p.m. |
| 10. ADR: | TBD to be completed by December 18, 2026 |
| 11. INITIAL DISCLOSURES DUE: | September 3, 2026 |

**IT IS FURTHER ORDERED** that parties and counsel refer to and comply with Judge Thompson's Civil Standing Order and Civil Pretrial and Jury Trial Standing Order or Civil Pretrial and Bench Trial Standing Order located on the court's website (https://cand.uscourts.gov/trina-l-thompson/).

**JURY TRIAL**

The Court will take cause challenges and discuss hardship claims at side bar. The Court will inform counsel which hardship claims and cause challenges will be granted, but will not announce those dismissals until the selection process is completed. Peremptory challenges will be made in writing. The Court will strike at one time those with meritorious hardship claims, those excused for cause, and those challenged peremptorily, and then seat the first six to eight people remaining in numerical order.

The Court will send out to prospective jurors in advance of trial an electronic questionnaire soliciting information. In addition, if the parties wish to submit proposed voir dire questions, the parties must meet and confer and file a **joint set** of proposed questions that the Court may add to the electronic questionnaire. The parties will receive the responses prior to the in-court voir dire.

United States District Court
Northern District of California

United States District Court
Northern District of California

**SCHEDULING ORDER MODIFICATIONS**

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-11 with a showing of good cause. Parties may file a formal brief, but a letter brief will suffice. The requesting party shall serve the opposing party on the same day the motion is filed and the opposing party shall submit a response as soon as possible but no later than four days after service.

If the modification sought is an extension of a deadline contained herein, the motion must be brought at least seven (7) days before expiration of that deadline. **The parties may not modify the pretrial schedule by stipulation**. Once issued, this schedule may be modified only for good cause and with the Judge's consent. FRCP 16(b)(4). A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order.

**IT IS SO ORDERED.**

Dated: August 20, 2026

TRINA L. THOMPSON
United States District Judge

May 8, 2029